[No. 69563-1-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. ROY EDISON
DETAMORE, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 11-1-01303-5, David A. Kurtz, J., en-
tered November 9, 2012. *Affirmed* by unpublished opinion
per Verellen, J., concurred in by Cox and Appelwick, JJ.

[No. 69602-5-I.   Division One.   March 10, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN EDWARD
FRANCK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 12-1-02115-1, Jay V. White, J., entered Novem-
ber 16, 2012. *Affirmed in part, reversed in part*, and *re-
manded* by unpublished opinion per Cox, J., concurred in by
Appelwick and Verellen, JJ.

[No. 69626-2-I.   Division One.   March 10, 2014.]

*In the Matter of the Detention of* MICHAEL PITTMAN.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 10-2-07724-1, George N. Bowden, J.,
entered November 8, 2012. *Affirmed* by unpublished opin-
ion per Grosse, J., concurred in by Leach, C.J., and Spear-
man, J.

[No. 69662-9-I.   Division One.   March 10, 2014.]

*In the Matter of the Certification of* THOMAS J. OGDEN.

THOMAS J. OGDEN, *Appellant* v. THE WASHINGTON STATE
CRIMINAL JUSTICE TRAINING COMMISSION, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 12-2-02512-6, Beth M. Andrus, J., entered
November 7, 2012. *Affirmed* by unpublished opinion per
Appelwick, J., concurred in by Grosse and Lau, JJ.